# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136310(85)(87)(88)(92)(94)

ROBERT HUNTER and LORIE HUNTER,
      Plaintiffs-Appellees,

v

TAMMY JO HUNTER,
      Defendant-Appellant,
and

JEFFREY HUNTER,
      Defendant.

_____

SC: 136310
COA: 279862
Oakland CC: 2006-721234-DC

      On order of the Chief Justice, motions by the Michigan Coalition Against Domestic and Sexual Violence, the Center for Effective Discipline and others, the State Bar Family Law Section, and the American Civil Liberties Union Fund of Michigan for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED. The motion for temporary admission to practice of Deana Pollard Sacks is GRANTED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2009

_____
Clerk